# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES--GENERAL

Case No. **CV 18-4880-JPR**                       Date: **October 1, 2018**

Title: **Harry M. Sahagian et al. v. Jaguar Land Rover N. Am., LLC**

===============================================================

**DOCKET ENTRY : Order to Show Cause**

===============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANT:

None present                                                 None present

**PROCEEDINGS: (IN CHAMBERS)**

On August 1, 2018, the parties filed a notice of settlement. On August 28, the Court extended the time for Plaintiffs to file a notice of dismissal to September 26, but they still have not done so.

No later than 10 days from the date of this Order, Plaintiffs must show cause in writing why this case should not be dismissed for lack of prosecution. Alternatively, if they file a notice of dismissal within that time frame, the OSC will automatically be discharged.